UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| THERESA LEAKAY LOMAS, | |
| Plaintiff, | Case No. 4:17-cv-00096-TWP-DML |
| v. | Hon. Judge Tanya W. Pratt |
| JONATHAN C. FRANK ASSOCIATES, PLLC, | |
| Defendant. | |

## DEFAULT JUDGMENT ORDER

1. Judgment by default is entered in favor of Plaintiff, THERESA LEAKAY LOMAS, and against Defendant, JONATHAN C. FRANK ASSOCIATES, PLLC, as follows:

  a. Statutory Damages    $ 7,500.00

  c. Attorney fees    $ 4,291.25

  d. Costs    $ 598.52

2. Allowing Plaintiff to add judgment interest per diem.

Date: 11/29/2017

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF